**Order entered December 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01258-CV

**JOEL HENDRICKS, M.D. AND TEXAS HEALTH PHYSICIANS GROUP A/K/A SURGICAL ASSOCIATES OF KAUFMAN, Appellants**

**V.**

**JOHN PERALES, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 94963-CC**

## ORDER

Before the Court is appellee's December 15, 2016 second unopposed motion for extension of time to file his brief. We **GRANT** appellee's motion and **ORDER** the brief received on December 15, 2016 filed as of the date of this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE